EXHIBIT A

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAKE SUPERIOR COURT |
| | ) | |
| COUNTY OF LAKE | ) | SITTING AT CROWN POINT, INDIANA |

MARY ELLIS,

Plaintiff,

*v*.

WALMART INC.,

Defendant.

Cause No. 45D11-2406-CT-000777

**PLANITFF'S RESPONSES TO DEFENDANT'S REQUEST FOR ADMISSION OF FACTS TO PLAINTIFF**

Comes now Plaintiff, MARY ELLIS, by counsel, Michael L. Deppe and for her responses to Defendant's Request for Admission of Facts to the Plaintiff states as follows:

1. Admit that on the day of the commencement of this action and at the present time, the Plaintiff, **Mary Ellis**, was a citizen and remains a citizen of the State of Indiana.

**RESPONSE: Admit.**

2. Admit that the damages sought by the Plaintiff, **Mary Ellis**, in this action exceed $75,000.

**RESPONSE: Admit.**

By: **/s/ Michael L. Deppe______________**
**Michael L. Deppe (#22210-45)**
**Attorney for Plaintiff**
**3940 W. 37th Avenue**
**Hobart, IN 46342**
**P: (219) 962-5900**
**F: (219) 962-9773**
**Esquire22210@gmail.com**

**CERTIFICATION OF SERVICE**

**I certify that on July 2, 2024, service of a true and complete copy of the above and foregoing pleading or paper was made upon each party or attorney of record herein via email and U.S. Mail.**

**/s/ Michael L. Deppe**